HILLARY ARROW BOOTH (SBN 125936)
  hbooth@dlflawyers.com
IAN P. CULVER (SBN 245106)
  iculver@dlflawyers.com
DONGELL LAWRENCE FINNEY LLP
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Defendant and Counterclaimant
FFE TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KING CHEESE CORPORATION,, <br><br> Plaintiff, <br><br> v. <br><br> FFE TRANSPORTATION SERVICES, INC., a Delaware corporation, and DOES 1 to 20,, <br><br> Defendants. <br><br> AND RELATED COUNTER-ACTION. | Case No.:  CV 10-002643 ODW (PLAx) <br><br> **JUDGMENT** <br><br> (Fed. R. Civ. P. 58, L.R. 58) <br><br><br> ACTION FILED: March 3, 2010 <br> ACTION REMOVED: April 12, 2010 <br> TRIAL DATE: March 15, 2011 |

In accordance with this Court's February 10, 2011, Order Granting FFE Transportation Services, Inc.'s Motion for Summary Judgment [Dkt. No. 24], It is therefore now ORDERED, ADJUDGED, and DECREED that Judgment is entered in this action as follows:

    1.    On the Complaint, Judgment is hereby entered in favor of FFE Transportation Services, Inc. on the claims pertaining to the September 2007 and

the August 2008 shipments, and Plaintiff King Cheese Corporation shall not recover on those claims. On the claim pertaining to the May 2008 shipment, King Cheese Corporation's recovery, if any, is limited to $1,575.

2. On the Counterclaims, Judgment is hereby entered in favor of FFE Transportation Services, Inc. against King Cheese Corporation in the amount of $9,608.50, plus prejudgment interest in the amount of $2,061.92, for a total Judgment amount of $11,670.42.[1]

4. As the prevailing party, FFE Transportation Services, Inc. is entitled to recover its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: February 22, 2011                    _____
                                            United States District Judge

---

[1] Prejudgment interest is calculated based upon Cal. Civ. Code § 3289 which provides for interest at 10% per annum, starting from December 26, 2008 which is the date of the Final Collection Notice for the amounts owed which is attached as Exh. "B" page 43 to the Booth Declaration filed in support of the Motion for Summary Judgment.